John Perry LOVE, Plaintiff–Appellee,

v.

State of TEXAS; Billy Ray Nelson; Executive Director of the State Bar of Texas; State Bar of Texas, Defendant–Appellant.

No. 04–40347.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Sept. 10, 2004.

Hao Pham Le, Austin, TX, for Defendant–Appellee.

Elijah W. Ratcliff, Livingston, TX, for Movant–Appellant.

Before JOLLY, HIGGINBOTHAM, and PICKERING, Circuit Judges.[*]

PER CURIAM:

The appeal in this case is hereby dismissed as Elijah Ratcliff has no standing to appeal this matter.